IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:10cv209

| | |
|---|---|
| MARY ANN CASTLE, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>MICHAEL J. ASTRUE, Commissioner )<br>of Social Security, )<br>)<br>Defendant. )<br>) | **O R D E R** |

**THIS MATTER** is before the Court on the Plaintiff's Motion to Substitute Party/Plaintiff. [Doc. 11].

Within the time allowed by this Court's previous Order [Doc. 10], Plaintiff's counsel demonstrates that Henry McKowen, former husband of the Plaintiff, has qualified as Administrator CTA of the Plaintiff's estate. [Doc. 11-1].

For good cause shown, Mr. McKowen will be substituted as Plaintiff in the place of the deceased Mary Ann Castle.

Plaintiff also seeks, and shows good cause for, an extension of time of 30 days within which to file his Motion and Memorandum for Summary Judgment.

**IT IS THEREFORE ORDERED** that Plaintiff's Motion to Substitute Party/Plaintiff. [Doc. 11] is **ALLOWED**, and that Plaintiff is hereby **GRANTED** an extension of time for the filing of his Motion for Summary Judgment and accompanying brief, up to and including the thirtieth day from the entry hereof.

Signed: May 16, 2011

Martin Reidinger
United States District Judge